IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | No. 22-cv-03721<br><br>Judge John F. Kness |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE is before the Court on EMOJI COMPANY GmbH's Motion for a Preliminary Injunction. Having considered the evidence presented, the Court grants Plaintiff's Motion for Entry of a Preliminary Injunction against the Defendants identified in Schedule A attached hereto (collectively, the "Defendants").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can purchase products bearing infringing and/or counterfeit versions of Plaintiff's EMOJI Trademarks (the "EMOJI Products").

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this

litigation and that issuing this Preliminary Injunction is warranted under Rule 65 of the Federal Rules of Civil Procedure. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has made a *prima facie* showing of trademark infringement because (1) the EMOJI Trademarks are distinctive marks and registered with the U.S. Patent and Trademark Office on the Principal Register as U.S. Trademark Registration Nos. 4,868,832; 5,202,078 and 5,415,510 for the EMOJI marks, (2) Defendants are not licensed or authorized to use the EMOJI Trademarks, and (3) Defendants' use of the EMOJI Trademarks are causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with EMOJI COMPANY GmbH. Further, Defendants' continued and unauthorized use of the EMOJI Trademarks irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

Accordingly, this Court ORDERS that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be enjoined and restrained from:

    a. using Plaintiff's EMOJI Trademarks or any confusingly similar reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a

genuine EMOJI Product or is not authorized by Plaintiff to be sold in connection with Plaintiff's EMOJI Trademarks;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine EMOJI Product or other product produced by Plaintiff, that is not Plaintiff's or is not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's EMOJI Trademarks;

    c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d.  further infringing Plaintiff's EMOJI Trademarks and damaging Plaintiff's goodwill;

    e.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear Plaintiff's EMOJI Trademarks or any confusingly similar reproductions, counterfeit copies or colorable imitations thereof;

    f.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell Counterfeit EMOJI Products; and

    g.  operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiff's EMOJI Trademarks or any confusingly similar reproductions, counterfeit copies, or colorable imitations

thereof that is not a genuine EMOJI Product or is not authorized by Plaintiff to be sold in connection with Plaintiff's EMOJI Trademarks.

2. Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that it owns and/or operates, (c) their financial accounts, including all Context Logic, Inc. ("Wish") accounts, and (d) the steps taken by that Defendant to comply with paragraph 1, a through g, above.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, Wish, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall, at Plaintiff's choosing:

    a. unlock and change the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection until further ordered by this Court, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection until further ordered by this Court; or

    b. disable the Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

4. Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as iOffer, Wish, social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

      a.      disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the EMOJI Trademarks, including any accounts associated with the Defendants listed in Schedule A;

      b.      disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the EMOJI Trademarks; and

      c.      take all steps necessary to prevent links to the Defendant Domain Names identified in Schedule A from displaying in search results. This includes, but is not limited to, removing links to the Defendant Domain Names from any search index.

      5.      Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

      6.      Wish shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

      a.      Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Wish accounts connected to the information listed in Schedule A hereto; and

      b.      Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

      7.      Plaintiff may provide notice of these proceedings to Defendants, including notice of any future hearings and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website to which the Defendant Domain Names are transferred to Plaintiff's control will redirect, or by sending an

e-mail to the e-mail addresses identified in Schedule A hereto; and any e-mail addresses provided for Defendants by third parties accompanied by a link to the website where the above-identified documents are located. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.  Plaintiff's Schedule A to the Complaint and the TRO is unsealed.

9.  Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

SO ORDERED in No. 22-cv-03721.

Date: October 19, 2022

JOHN F. KNESS
United States District Judge

**SCHEDULE A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | Jonebeauty |
| 2 | JUMALATAR |
| 3 | JUSTSL SHOES STORE |
| 4 | kadilakestore |
| 5 | Krion |
| 6 | KUOSHIAN4816 |
| 7 | ladyfort |
| 8 | LAIBINGBI |
| 9 | laigetongkuai |
| 10 | laitiqingti |
| 11 | lanxin~6578 |
| 12 | leicong |
| 13 | Lenkoss |
| 14 | LHP STORE |
| 15 | liaishan |
| 16 | lichaojin1563 |
| 17 | LiHong |
| 18 | lihongfans |
| 19 | lilysirxieguan |
| 20 | Limiline123 |
| 21 | Linjou ling nine |
| 22 | LIUQING66666 |
| 23 | LIUSUMINMIN87 |
| 24 | Lixuemei1 |
| 25 | lizhongbin |
| 26 | lxlwolusoso912 |
| 27 | lxq744 |
| 28 | Maryke |
| 29 | Meet yours love |
| 30 | meikaishu |
| 31 | MMTZDDDF woman bags shop |
| 32 | jichao19980915 |
| 33 | jidingbox |
| 34 | jim co.ltd |
| 35 | jim lester |
| 36 | jimailan store |
| 37 | jimorefashion |
| 38 | JINGMEISHOUBAN |
| 39 | jinyu258520 |
| 40 | Jinzhi |
| 41 | jinzhiflag |
| 42 | Jipeishuma |

| | |
|---|---|
| 43 | jiuchen |
| 44 | jiulingersell |
| 45 | jkm;kl |
| 46 | Joy fashion international |
| 47 | Joyce women's dress |
| 48 | Joy's Stock |
| 49 | joytokyo |
| 50 | Jstorek |
| 51 | Judcy |
| 52 | JuliusuCsGuH |
| 53 | junprince |
| 54 | junzilan |
| 55 | justing |
| 56 | JWJDDP |
| 57 | JXDS |
| 58 | jxxyyouth0104 |
| 59 | KaiFeng2018 |
| 60 | kaikaide |
| 61 | kaiseku |
| 62 | kaizhong123 |
| 63 | Kakazuoxiangyou |
| 64 | Kaletine Jewelry |
| 65 | kangmao |
| 66 | KAROQI Technology Co., Ltd. |
| 67 | kelly1 |
| 68 | kelove |
| 69 | kent5200 |
| 70 | keong |
| 71 | KepMov |
| 72 | Keqiong |
| 73 | kevin's variety shop |
| 74 | K-FASHION SCHOOL & OFFICE SUPPLIES |
| 75 | Kingking zhang |
| 76 | KIO11 |
| 77 | kissbuyw |
| 78 | KK Party |
| 79 | kkff3e |
| 80 | K-MIME School & Office Stationery |
| 81 | knm3693 |
| 82 | kolalame |
| 83 | kolo |
| 84 | koxmdq |
| 85 | KUCOS |
| 86 | kule666 |
| 87 | kungfu store |

| 88 | Kvivlax |
|---|---|
| 89 | Kwerr |
| 90 | Lady Stop Shop |
| 91 | lamaran |
| 92 | lancangwan12 |
| 93 | Landgo |
| 94 | lanxiaokeqing |
| 95 | lanyangleilzm |
| 96 | LaremeShopOnline |
| 97 | lawyerobjk |
| 98 | Lay Taung |
| 99 | LCY-94 |
| 100 | leeyyshop |
| 101 | Leftear09 |
| 102 | leomall |
| 103 | lesanlee |
| 104 | lgyzjzhr |
| 105 | Lhyulinlong |
| 106 | LI lucky store |
| 107 | li na xiao dian |
| 108 | LI TANG-1 |
| 109 | liangbinx |
| 110 | LiangXuanChen |
| 111 | liangyujunha |
| 112 | lianjianing001 |
| 113 | Liaoxing Fashion |
| 114 | LiaoYong114056 |
| 115 | life&shopping 666 |
| 116 | lifeshopping588 |
| 117 | LifeTeste |
| 118 | liguo1 |
| 119 | lihangkukudian001 |
| 120 | lihui1987 |
| 121 | lijiaojiaodain |
| 122 | lijuny |
| 123 | liliyao store |
| 124 | limeixiaggj |
| 125 | LIN Supermarket |
| 126 | lin12543 |
| 127 | Ling's clothing store |
| 128 | Linhao World |
| 129 | linlixing fashion |
| 130 | Lin's market |
| 131 | linxiawangpu |
| 132 | Lioing |

9

| | |
|---|---|
| 133 | lisaii |
| 134 | lisangdong |
| 135 | little light |
| 136 | Littlehouse569 |
| 137 | littlesalt |
| 138 | Liu ter |
| 139 | liuchunping |
| 140 | Liudingqiong666 |
| 141 | liufen666 |
| 142 | liufengyingdfs |
| 143 | liuhaiyun |
| 144 | liuhaoyu546 |
| 145 | liuli258 |
| 146 | liulin111 |
| 147 | liusanyuan |
| 148 | liusikiusi |
| 149 | liuweidedin |
| 150 | liuxialiuxialiuxialiuxia |
| 151 | Liuxiang1946 |
| 152 | liuxingyuansu |
| 153 | liuxinlan7758 |
| 154 | liuxuewen6553 |
| 155 | Liuyongjie Fashion |
| 156 | liuyuan888 |
| 157 | LIVE FOR LOVE |
| 158 | lixiang2064 |
| 159 | lixqiaoi |
| 160 | liyajie1578 |
| 161 | liyi1 |
| 162 | LIYIHONG |
| 163 | ljdgfvbshdrr |
| 164 | ljl211700437 |
| 165 | LJP trade |
| 166 | ljydjjjsw |
| 167 | LOCA RHINESTONE |
| 168 | Lollipopmoment |
| 169 | Lonelybar |
| 170 | Loney |
| 171 | long best store |
| 172 | longhuitong |
| 173 | longyingping |
| 174 | Lonrrytouw |
| 175 | Lost-wheat-pocket |
| 176 | love beijing |
| 177 | love hq |

| | |
|---|---|
| 178 | love more and more |
| 179 | love my angel |
| 180 | love to love me |
| 181 | loveliweijing |
| 182 | lovemeooo |
| 183 | loveourmax |
| 184 | LUCHANA |
| 185 | luck of the blue birds |
| 186 | luckly everyone |
| 187 | luckstar |
| 188 | Lucky Future House |
| 189 | Lucky jewelry 123 |
| 190 | lucky24love |
| 191 | luckyboygirl |
| 192 | luckyczh |
| 193 | LuckyHome0603 |
| 194 | lucyleilei |
| 195 | luer |
| 196 | Luky485 |
| 197 | luoguogen666 |
| 198 | Lush-FOR |
| 199 | lutingg |
| 200 | luyun12345678 |
| 201 | Lvxchuang |
| 202 | LWH trade |
| 203 | ly123321 |
| 204 | LYCTX |
| 205 | LynnSimonshop |
| 206 | maaijddp |
| 207 | Madge |
| 208 | mage niubi |
| 209 | Magic Martin |
| 210 | Magic-Resplendent |
| 211 | mahongmei |
| 212 | maiyefeng |
| 213 | maiyifudeniuniu |
| 214 | makiteasy |
| 215 | Malakal |
| 216 | maliandong |
| 217 | Maner shop |
| 218 | mantyzhoiu |
| 219 | maochenxiao1996 |
| 220 | Martin tian |
| 221 | Mary6566 |
| 222 | Maryswill |

| | |
|---|---|
| 223 | Mate Rings |
| 224 | Maxell-ly |
| 225 | Mazyr |
| 226 | mciwooaqpl |
| 227 | meijunmj8708 |
| 228 | meilunmeihuan |
| 229 | meishiliqn |
| 230 | meixiemeipu |
| 231 | Meizhene Shop |
| 232 | Mermiss |
| 233 | mff7tdhan003 |
| 234 | mggqw |
| 235 | MIAOLUNYUMAO |
| 236 | Miaomiao's shop |
| 237 | miaoyiwen4891 |
| 238 | Milkle Gift |
| 239 | mimimamamidexiaopu |
| 240 | MIN2 STORE |
| 241 | Minaya |
| 242 | Mine-shopping mall |
| 243 | MINGYING1852 |
| 244 | minicloud |
| 245 | Ministyle |
| 246 | minjuanastore |
| 247 | Miss Mr.L |
| 248 | Missgrass |
| 249 | mjm_2016 |
| 250 | mklyuh wholeshop |