IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, et al.,<br><br>Defendants. | Case No. 22-cv-3721<br><br>Judge John F. Kness |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT <u>AGAINST THE DEFENDANTS IDENTIFIED IN AMENDED SCHEDULE A</u>**

Plaintiff EMOJI COMPANY GmbH hereby moves this Honorable Court for entry of Default and Default Judgment against the following Defendants, as identified by defendant number and name in Amended Schedule A. Plaintiff files herewith a Memorandum of Law in support. Plaintiff's Motion for entry of Default and Default Judgment disposes of all remaining defendants.

Respectfully submitted,

Dated: February 7, 2023

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
wkalbac@hsplegal.com
rmcmurray@hsplegal.com
Attorneys for Plaintiff
EMOJI COMPANY GmbH

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court, served by publication and email to the Defendants identified in Schedule A and served on all counsel of record and interested parties via the CM/ECF system on February 7, 2023.

/s/ Michael A. Hierl
Michael A. Hierl